

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 26, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                      CASE NO. 26-42074-ELM-13

**JOSE TRINIDAD CUELLAS
4802 WINTERVIEW DR
MANSFIELD, TX 76063
TARRANT-TX
SSN / ITIN: XXX-XX-7694
AKA JOSE TRINIDAD CUELLAS, JR.**

**DEBTOR(S)**

### ORDER ON TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE

CAME ON for consideration TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE. The Court is of the opinion that the Motion should be DENIED based on the agreements of the parties.

IT IS THEREFORE ORDERED that Trustee's Motion is DENIED in part.

IT IS FURTHER ORDERED that the above-styled case shall not be dismissed at this time.

IT IS FURTHER ORDERED that if the above-styled case is dismissed for any reason after entry of this order, such dismissal shall be with prejudice, and this Order shall be deemed a bar to refiling a case under 11 U.S.C. § 109 for a period of ONE YEAR after the dismissal.

###END OF ORDER###

APPROVED AS TO FORM AND SUBSTANCE:


By:    /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Suite 150
        Hurst, Texas 76054
        (817) 916-4710 Phone


By:    /s/ Christopher Marvin Lee
        Christopher Marvin Lee
        Reaves & Lee, PLLC
        8701 W. Bedford Euless Road
        Suite 510
        Hurst, TX 76053
        469-646-8995
        Fax : 469-694-1059
        Email: ecf@reaveslee.com
        ATTORNEY FOR DEBTOR