**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                CASE NO.:26-42074-ELM-13

**JOSE TRINIDAD CUELLAS**
4802 WINTERVIEW DR
MANSFIELD, TX 76063
SSN/TIN: XXX-XX-7694

**DEBTOR**

### TRUSTEE'S NOTICE OF INTENT TO
### CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR NO FIRST PLAN PAYMENT

After seven days from June 11, 2026, Trustee will certify this case for dismissal because Debtor did not timely pay the first Plan Payment to Trustee within thirty days of filing the Petition. To prevent dismissal, Debtor 's first Plan Payment must be received by 4:00 PM on June 18, 2026. FAILURE TO TIMELY CURE THE DELINQUENCY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.

Respectfully submitted,

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright, Staff Attorney
        Bar No. 24068273
        PAM BASSEL STANDING CHAPTER 13 TRUSTEE
        Bar No. 01344800
        860 Airport Freeway, Ste 150
        Hurst, TX 76054
        (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright

JOSE TRINIDAD CUELLAS
4802 WINTERVIEW DR
MANSFIELD, TX  76063